# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADER DE JESUS DIAZ-AGUIRRE, | Case No.: 26-cv-2361-BJC-JLB |
| Petitioner, | **ORDER GRANTING MOTION TO DISMISS PETITION** |
| v. | |
| JEREMY CASEY, Facility Administrator at the Imperial Regional Detention Facility, et. al., | |
| Respondents. | |

On April 27, 2026, Petitioner filed a motion to dismiss the instant Petition for Writ of Habeas Corpus. ECF No. 5. He indicates he previously filed a petition which is currently pending before this Court. ECF No. 5. Accordingly, the Court GRANTS the motion to dismiss and DISMISSES the instant petition as duplicative. The Clerk of Court shall close this case.

**IT IS SO ORDERED**.

Dated:  April 30, 2026

Bryan Cheeks

_____

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-2433-BJC-GC